# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ERIC X. RAMBERT,  : No. 16 EAP 2022
:
    Appellant : Appeal from the order of
: Commonwealth Court dated April 18,
: 2022 at No. 11 MD 2021.
    v. :
:
:
JOHN E. WETZEL, SECRETARY, :
:
    Appellee :

## ORDER

**PER CURIAM**                          **DECIDED:  October 19, 2022**

    **AND NOW,** this 19th day of October, 2022, Appellant's "Motion to Proceed Pursuant to Rule Pa.R.A.P. [ ] 127" is **GRANTED**.  The order of the Commonwealth Court is **AFFIRMED**.